UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA          :
                                  :  **ORDER**
          - v. -                  :
                                  :  S1 20 CR 52 (DLC)
EDWARD ABREU,                     :
ALICIA ARIAS,                     :
LUIS FRIAS,                       :
TIMOTHY WALLACE,                  :
   a/k/a "Larry,"                 :
DEREK LIVINGSTON,                 :
   a/k/a "Wiz,"                   :
CHARKEEM PAYNE,                   :
   a/k/a "Lite,"                  :
CAROL LANE,                       :
TRACEY SMITH,                     :
   a/k/a "Trey,"                  :
HERMAN STEWARD,                   :
TASHA BURNETT,                    :
   a/k/a "Dutchis,"               :
TYRISS GWYNN,                     :
EDGAR MONTES,                     :
   a/k/a "E," and                 :
FERNANDO DISLA,                   :
   a/k/a "Lolo,"                  :
                                  :
                    Defendants.   :
- - - - - - - - - - - - - - - - X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Thomas John Wright;

IT IS FOUND that the indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 5, 2020

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK