```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
            -v-                        :       S1 20cr0052 (DLC)
                                       :
EDWARD ABREU, ALICIA ARIAS, LUIS FRIAS,:          ORDER
TIMOTHY WALLACE, a/k/a "Larry," DEREK  :
LIVINGSTON, a/k/a "Wiz," CHARKEEM      :
PAYNE, a/k/a "Lite," CAROL LANE, TRACEY:
SMITH a/k/a "Trey," HERMAN STEWARD,    :
TASHA BURNETT, aka "Dutchis," TYRISS   :
GWYNN, EDGAR MONTES, a/k/a "E," and    :
FERNANDO DISLA, a/k/a "Lolo,"          :
                                       :
            Defendants.                :
-------------------------------------------X
```

DENISE COTE, District Judge:

The Court having received letters from attorneys James Roth and Irving Cohen requesting permission to have another attorney appear in their place at the March 12 conference, it is hereby

ORDERED that their requests are granted. Counsel appearing on their behalf at the March 12 conference shall have the trial calendars of Mr. Roth and Mr. Cohen available. A trial date will be set at this conference.

Dated:   New York, New York
         March 10, 2020

                            _____
                                     DENISE COTE
                            United States District Judge