```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
         -v-                         :     S1 20cr0052 (DLC)
                                     :
EDWARD ABREU, ALICIA ARIAS, LUIS FRIAS, :   SCHEDULING ORDER
TIMOTHY WALLACE, a/k/a "Larry," DEREK :
LIVINGSTON, a/k/a "Wiz," CHARKEEM    :
PAYNE, a/k/a "Lite," CAROL LANE, TRACEY :
SMITH a/k/a "Trey," HERMAN STEWARD,  :
TASHA BURNETT, aka "Dutchis," TYRISS :
GWYNN, EDGAR MONTES, a/k/a "E," and  :
FERNANDO DISLA, a/k/a "Lolo,"        :
                                     :
              Defendants.            :
-------------------------------------X
```

DENISE COTE, District Judge:

On March 5, 2020, Superseding Indictment S1 20 Cr. 0052 was unsealed and filed. As set forth on the record at the pretrial conference held on March 12, 2020, it is hereby

ORDERED that any pretrial motions by defendants shall be filed by **June 29, 2020**; Government's opposition shall be filed by **July 27**. Counsel shall supply one courtesy copy of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the trial is scheduled to proceed at **9:30 a.m.** on **November 2, 2020**.

Dated:   New York, New York
         March 26, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge