**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED.

June 8, 2020

**By ECF**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Edward Abreu, et al.*, S1 20 CR 52 (DLC)

Dear Judge Cote,

  The Government writes on behalf of the parties who respectfully request an extension of the current motion schedule. One day after the parties proposed that schedule and it was preliminarily set on the record on March 12, 2020, a national emergency was declared over the coronavirus pandemic and the United States District Court and the United States Attorney's Office largely closed and have not since reopened for ordinary business. Shortly thereafter, a stay-at-home order was issued for the State of New York on or about March 25, 2020, which remained in effect for the City of New York until today. In the interim, the parties have proceeded with the disclosure and review of discovery on a remote basis, making substantial progress, notwithstanding unprecedented circumstances that have slowed that progress and in particular delayed the Government's disclosure of certain discovery, including data extracted from certain devices seized from the defendants' at the time of their arrests, the processing of which continues in substantial part. The Government understands from counsel for the defendants that under the current circumstances of the coronavirus pandemic and the attendant precautions in place at the Metropolitan Correctional Center ("MCC") and Metropolitan Detention Center ("MDC") that have substantially been in place at all relevant times, each of the defendants requires additional time in which to access and review discovery provided to date and that remains forthcoming, only after which do counsel believe it will be possible for them to discuss meaningfully with their clients whether there are any pretrial motions to bring, discussions which counsel believe may best occur with the resumption of in-person legal visits at the MCC and MDC. The parties are optimistic that such visits may resume in the coming weeks, will continue to monitor the situation going forward, and can advise the Court of any issues that persist or arise new. For all of these reasons, the Government therefore joins with the defendants in requesting that the Court extend the date by which the defendants shall file any pretrial motions from June 29, 2020 to August 24, 2020 and the date by which the Government shall file any omnibus opposition from July 27, 2020 to

September 8, 2020, a shortened schedule that the parties propose in order not to disturb the previously scheduled trial, which is set to proceed on November 2, 2020.

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney

               By: *Thomas John Wright*
                    Assistant United States Attorney
                    (212) 637-2295

cc: All Counsel (by ECF)


                    Granted.
                    So Ordered: 6/10/2020

                    *Denise Cote*
                    DENISE COTE
               United States District Judge