UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
            -v-                        :        S1 20cr0052 (DLC)
                                       :
EDWARD ABREU, ALICIA ARIAS, LUIS FRIAS, :        ORDER
TIMOTHY WALLACE, a/k/a "Larry," DEREK  :
LIVINGSTON, a/k/a "Wiz," CHARKEEM      :
PAYNE, a/k/a "Lite," CAROL LANE, TRACEY :
SMITH a/k/a "Trey," HERMAN STEWARD,    :
TASHA BURNETT, aka "Dutchis," TYRISS   :
GWYNN, EDGAR MONTES, a/k/a "E," and    :
FERNANDO DISLA, a/k/a "Lolo,"          :
                                       :
            Defendants.                :
---------------------------------------X

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____       │
│ DATE FILED: 10 | 1 | 2020   │
└─────────────────────────────┘
```

DENISE COTE, District Judge:

     At the request of the parties, trial in this case has been

adjourned to June 14, 2021.  Pursuant to an Order of August 11,

defense counsel wrote on September 26 regarding their efforts to

review discovery material and/or discuss the defendant's desire

to proceed to trial with their clients.

     In-person visits with detained defendants have resumed at

the institutions in which the defendants are incarcerated.  The

standard length of those visits is one hour, but defense counsel

can schedule longer visits by contacting legal counsel at the

facility.  As several letters reflect, defense counsel may

consult with the U.S. Attorney's Office for assistance in

presenting electronic discovery material to incarcerated

clients.  Should a defendant wish to enter plea negotiations,

counsel are encouraged to contact the Government, as it appears several have already done.  Counsel are hereby

REMINDED that the August 11 Order requires any defendant who wishes to proceed to trial to advise the Court of that desire no later than November 6, 2020.


Dated:      New York, New York
            October 1, 2020

                                    _____
                                    DENISE COTE
                             United States District Judge