

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building<br>
One Saint Andrew's Plaza<br>
New York, New York 10007

May 10, 2021

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Edward Abreu, et al.*, S1 20 CR 52 (DLC)

Dear Judge Cote,

    The Government respectfully submits this letter in response to the Order dated March 2, 2021 to confirm for the Court that because each of the defendants who have appeared in the above-captioned case have now either entered a change of plea or have requested to schedule a change of plea before the Court, the Government does not anticipate proceeding with any of the defendants to trial on May 24, 2021. Accordingly, the Government respectfully requests that the Court stay the other pre-trial deadlines and appearances scheduled in the Order dated March 2, 2021 pending the conclusion of all remaining change of plea proceedings.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney

                    By: *Thomas John Wright*
                                Thomas John Wright
                                Assistant United States Attorney
                                (212) 637-2295

cc: All Counsel (by ECF)

*[Handwritten note:]* The May 21 conference is cancelled. The application is granted.

*Denise Cote*
5/11/21