```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr052-1 (DLC)
            -v-                          :
                                         :         ORDER
FERNANDO DISLA, a/k/a "Lolo,"            :
                                         :
                        Defendant.       :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 15, 2022, the defendant submitted a motion requesting resentencing pursuant to the EQUAL Act, S. 79, 117th Cong. (2021). The EQUAL Act has not been enacted Congress. Accordingly, it is hereby

ORDERED that the defendant's motion is denied without prejudice to renewal after legislation retroactively applicable to the defendant's sentence has been enacted into law.

SO ORDERED:

Dated:   New York, New York
         May 25, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge